UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

EFREM WALKER,

    Plaintiff,

v.                                          Case No. 1:11-CV-819

R.A.X.I. DEVELOPMENT CORPORATION,    HON. GORDON J. QUIST

    Defendant.
_____/

## ORDER TRANSFERRING VENUE

Plaintiff having failed to respond to the Court's October 20, 2011, Order To Show Cause (Dkt. No. 8),

**IT IS HEREBY ORDERED** that this action is transferred to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1406(a).


Dated: November 21, 2011                        /s/ Gordon J. Quist
                                                           GORDON J. QUIST
                                                UNITED STATES DISTRICT JUDGE