ATTYNOTADMITTED

# United States District Court
## Western District of Michigan (Southern Division (1))
## CIVIL DOCKET FOR CASE #: 1:11–cv–00819–GJQ

Walker v. R.A.X.I. Development Corporation  
Assigned to: Judge Gordon J. Quist  
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 08/07/2011  
Jury Demand: None  
Nature of Suit: 446 Civil Rights: Americans with Disabilities – Other  
Jurisdiction: Federal Question

**plaintiff**

**Efrem Walker**  
*Individually*

represented by **Pete Marlin Monismith**  
Pete M. Monismith PA  
3945 Forbes Ave., #175  
Pittsburgh, PA 15213  
(724) 610–1881  
Email: pete@monismithlaw.com  
*ATTORNEY TO BE NOTICED*

V.

**defendant**

**R.A.X.I. Development Corporation**  
*A Domestic Corporation*

represented by **Andrew T. Baran**  
Giarmarco, Mullins &Horton, P.C.  
101 West Big Beaver Rd., 10th Floor  
Troy, MI 48084  
(248) 457–7000  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/07/2011 | Ï 1 | COMPLAINT against R.A.X.I. Development Corporation filed by Efrem Walker (Attachments: # 1 Summons)(Monismith, Pete) (Entered: 08/07/2011) |
| 08/07/2011 | Ï | FILING FEE PAID re 1 by plaintiff Efrem Walker in the amount of $350, receipt number 0646–2007894 (Monismith, Pete) (Entered: 08/07/2011) |
| 08/07/2011 | Ï 2 | CORPORATE DISCLOSURE STATEMENT by Efrem Walker (Monismith, Pete) (Entered: 08/07/2011) |
| 08/08/2011 | Ï 3 | NOTICE that this electronically–filed case has been assigned to Judge Gordon J. Quist (ald) (Entered: 08/08/2011) |
| 08/08/2011 | Ï | SUMMONS ISSUED as to defendant R.A.X.I. Development Corporation and returned to attorney for plaintiff (ald) (Entered: 08/08/2011) |
| 10/18/2011 | Ï 4 | ATTORNEY APPEARANCE of Andrew T. Baran on behalf of defendant R.A.X.I. Development Corporation *with Certificate of Service* (ald) (Entered: 10/18/2011) |
| 10/18/2011 | Ï 5 | ATTORNEY ADMISSION LETTER sent to attorney Andrew T. Baran; attorney admission deadline set for 11/15/2011; (ald) (Entered: 10/18/2011) |

| | | |
|---|---|---|
| 10/18/2011 | Ï 6 | ANSWER to complaint 1 with affirmative defenses *and Certificate of Service* by R.A.X.I. Development Corporation(ald) (Entered: 10/18/2011) |
| 10/19/2011 | Ï 7 | SUMMONS returned executed; R.A.X.I. Development Corporation served on 9/26/2011, answer due 10/17/2011 (Monismith, Pete) (Entered: 10/19/2011) |
| 10/20/2011 | Ï 8 | ORDER TO SHOW CAUSE: Plaintiff to show cause within 7 days why case should not be transferred to the EDMI pursuant to 28 U.S.C. § 1406(a) for improper venue; signed by Judge Gordon J. Quist (Judge Gordon J. Quist, jmt) (Entered: 10/20/2011) |
| 10/21/2011 | Ï | Copy of Order to Show Cause (Deadline) 8 sent via U.S. Mail to Andrew T. Baran (ald) (Entered: 10/21/2011) |
| 11/16/2011 | Ï 9 | ATTORNEY ADMISSION LETTER – SECOND NOTICE sent to attorney Andrew T. Baran; attorney admission deadline set for 12/14/2011; (jj) (Entered: 11/16/2011) |
| 11/21/2011 | Ï 10 | ORDER TRANSFERRING CASE to the Eastern District of Michigan; signed by Judge Gordon J. Quist (Judge Gordon J. Quist, jmt) (Entered: 11/21/2011) |
| 11/22/2011 | Ï | Certified Copy of Order Transferring Case to the Eastern District of Michigan 10 sent via U.S. Mail to Andrew T. Baran (ald) (Entered: 11/22/2011) |