UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

EFREM WALKER, Individually,

        Plaintiff,

v.

R.A.X.I. DEVELOPMENT CORPORATION.
A Domestic Corporation

        Defendant.
_____/

Case No. 2:11-cv-15165

Pete M. Monismith
Pete M. Monismith, PA
3945 Forbes Avenue,
Suite #175
Pittsburgh, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

William D. Shailor, Esq.
Secrest Wardle
30903 Northwestern Highway
P.O. Box 3040
Farmington Hills, MI 48333-3040
whailor@secrestwardle.com
*Attorney for Defendant*

---

### STIPULATED ORDER OF DISMISSAL

The parties, through their respective counsel, having stipulated to a Dismissal of this matter, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, and the parties bear their own respective costs.

8/17/12

_____
Honorable George Caram Steeh
United States District Court Judge

Plaintiff Efrem Walker and Defendant R.A.X.I Development Corporation., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above-captioned matter, and the parties bear their own respective costs.

Respectfully submitted this 13th day of August 2012.

| | |
|---|---|
| /s/ Pete M. Monismith | /s/ William D. Shailor |
| Pete M. Monismith | William D. Shailor, Esq. |
| Pete M. Monismith, PA | Secrest Wardle |
| 3945 Forbes Avenue, | 30903 Northwestern Highway |
| Suite #175 | P.O. Box 3040 |
| Pittsburgh, Pennsylvania 15213 | Farmington Hills, MI 48333-3040 |
| Telephone: (724) 610-1881 | whailor@secrestwardle.com |
| Facsimile (412) 258-1309 | ***Attorney for Defendant*** |
| Pete@monismithlaw.com | |
| ***Attorneys for Plaintiff*** | |